# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00079-CR

**Mark David Barshaw, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 62761, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was due on April 3, 2009.  The brief has not been received and appellant's retained attorney, Scott K. Stevens, did not respond to the Court's notice that the brief is overdue.

The appeal is abated.  The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal, whether appellant is indigent, and, if he is not indigent, whether retained counsel has abandoned this appeal.  Tex. R. App. P. 38.8(b)(2).  The court shall make appropriate findings and recommendations.  A record from this hearing, including copies of all findings and orders and a transcription of the court reporter's notes, shall be forwarded to the Clerk of this Court for filing as a supplemental record no later than June 30, 2009.  Rule 38.8(b)(3).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Puryear and Henson

Abated

Filed:  May 29, 2009

Do Not Publish